UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| ALICIA A. CLINE,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMUNITY EDUCATION CENTERS, INC., d/b/a COMMUNITY ALTERNATIVES OF THE BLACK HILLS,<br><br>    Defendant. | CIV. 16-5008-JLV<br><br>JUDGMENT OF DISMISSAL |

Pursuant to plaintiff's motion to dismiss and the parties' joint stipulation for dismissal (Dockets 14 & 15), it is

ORDERED, ADJUDGED AND DECREED that this action is dismissed on its merits with prejudice and without costs or further notice to either party.

IT IS FURTHER ORDERED that this court retains jurisdiction over the settlement agreement should issues arise relating to the carrying out or fulfillment of the settlement agreement.

 Dated March 3, 2017.

      BY THE COURT:

      /s/ *Jeffrey L. Viken*
      JEFFREY L. VIKEN
      CHIEF JUDGE